THE STATE OF OHIO, APPELLEE, *v.* TENNYSON, APPELLANT.

[Cite as *State v. Tennyson* (1998), 84 Ohio St.3d 49.]

(No. 98–1127—Submitted October 13, 1998—Decided December 2, 1998.)

*Jonathan P. Dameron,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The court of appeals is directed to lift the stay of execution of sentence.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.